In the Matter of SEAN P. COYNE, Petitioner, v STATE OF NEW YORK et al., Respondents. [874 NYS2d 846]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered October 9, 2008) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*,

234 AD2d 996 [1996]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.